**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOOTH FAMILY TRUST, On Behalf of Itself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BIOVERATIV INC., JOHN G. COX, BRIAN S. POSNER, ALEXANDER J. DENNER, GENO J. GERMANO, LOUIS J. PAGLIA, and ANNA PROTOPAPAS, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 1:18-cv-10287-MLW

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of Bioverativ, Inc. ("Bioverativ") by Sanofi ("Parent") and its wholly-owned subsidiary, Blink Acquisition Corp. ("Merger Sub," and together with Parent, "Sanofi") pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around February 8, 2018 (the "Transaction");

WHEREAS, the Action asserted claims for violations of sections 14(d)(4), 14(e), and 20(a) of the Securities Exchange Act of 1934 by Defendants alleged to have been made in the 14D-9 Recommendation Statement (the "Recommendation Statement") filed with the SEC on or around February 8, 2018;

WHEREAS, On February 28, 2018 Bioverativ filed an amendment to the Recommendation Statement that addressed and mooted claims regarding the sufficiency of the disclosures in the Recommendation Statement (the "Supplemental Disclosures");

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

WHEREAS, Plaintiff's counsel assert that the prosecution of the Action caused the Defendants to disseminate the Supplemental Disclosures and that Plaintiff's counsel have the right to seek and recover attorneys' fees and expenses in connection with a claimed common benefit provided to Bioverativ's stockholders as a result of the filing of the Supplemental Disclosures, and it is the current intention of counsel for Plaintiff to submit an application seeking to recover mootness fees (the "Fee Application") in connection with the mooted claims if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, all of the Defendants in the Action reserve all rights, arguments and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action; and

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2018 that:

1.      The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only.  All claims on behalf of the putative class are dismissed without prejudice.

2.      Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3.      This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

Dated: March 5, 2018

**LEVI & KORINSKY LLP**

*/s/ Shannon L. Hopkins*

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

Shannon L. Hopkins (BBO#657485)
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com

*Attorneys for Plaintiff Booth Family Trust*

ROPES & GRAY LLP

*/s/ Robert G. Jones*

Robert G. Jones (BBO #630767)

**OF COUNSEL:**

Randall W. Bodner (BBO #549160)
Sara Perkins Jones (BBO #685757)

**PAUL, WEISS, RIFKIND,**
**WHARTON & GARRISON LLP**
Daniel J. Kramer
Geoffrey Chepiga
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Prudential Tower, 800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000

*Attorneys for Defendant Bioverativ Inc., John*
*G. Cox, Alexander J. Denner, Louis J. Paglia,*
*Brian S. Posner, Anna Protopapas, and Geno*
*Germano*

IT IS SO ORDERED this _____ day of _____, 2018.

_____

UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2018, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to all

attorneys on record.


*/s/ Shannon L. Hopkins*
Shannon L. Hopkins